# Russo & Gould LLP

## ATTORNEYS AT LAW

33 Whitehall Street, New York, New York 10004
Phone (212) 482-0001; Fax (212) 482-0002
www.russogould.com

**MEMO ENDORSED**

Partner
Kevin G. Horbatiuk, Esq.
khorbatiuk@russogould.com
(212) 482-0001 x134

January 12, 2024

Hon. Judge Edgardo Ramos
United States District Judge
United States District Court – Southern District of New York
40 Foley Square
New York, NY 10007

Re: **_Rachel Isaac-Menard v. New York Life Group Insurance Company of NY_**
Docket Number: 1:23-cv-02359
R&G File Number: 817.024

Honorable Judge Edgardo Ramos,

I represent the defendant New York Life Group Insurance Company of NY ("NYLGICNY") in the above-referenced action. I am submitting this letter in support of my application, with consent of plaintiff's counsel, to adjourn the Case Management Conference. I respectfully request that the adjournment take place after February 21, 2024. The original date of the Case Management Conference was January 16, 2024. No prior request has been made to adjourn the conference. The extension is necessary so that we can continue our efforts at attempting to resolve this matter by participating in a virtual mediation currently scheduled for February 21, 2024.

Respectfully submitted,

/s/ Kevin G. Horbatiuk

Kevin G. Horbatiuk, Esq.

CC: Dell & Schaefer, Chartered
Gregory Michael Dell, Esq.
Attorneys for Plaintiff
2625 Weston Road,
Weston FL 33331
Telephone: (954) 620-8300
Fax: (954) 922-6864
Email: gdell@diattorney.com

> The January 16, 2024 case management conference is adjourned to February 29, 2024, at 11 a.m. by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 1/12/2024
> New York, New York

| HARTFORD OFFICE | PENNSYLVANIA OFFICE | NEW JERSEY OFFICE | STAMFORD OFFICE | BUFFALO OFFICE |
|---|---|---|---|---|
| 100 Pearl Street, 14th Floor | 100 South Juniper Street | 10 Franklin Avenue | One Stamford Plaza | 12 Fountain Plaza, Ste 600 |
| Hartford, CT 06103 | Third Floor | Edison, NJ 08837 | 263 Tresser Blvd | Buffalo, NY 14202 |
| (860) 986-7845 | Philadelphia, PA 19107 | (732) 738-5600 | Stamford, CT 06901 | (716) 800-6389 |
| | (215) 874-6816 | | (203) 883-0800 | |